No. 1175, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL. (328 U. S. 864). October 14, 1946.

No. 1176, October Term, 1945. SOCIETA ANONIMA CO-OPERATIVE DI NAVIGAZIONE GARIBALDI *v.* UNITED STATES ET AL.;

No. 1177, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.;

No. 1178, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.; and

No. 1179, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL. October 14, 1946. 328 U. S. 864.

No. 1223, October Term, 1945. LOOMIS *v.* UNITED STATES ET AL. October 14, 1946. 328 U. S. 864.

No. 1180, October Term, 1945. E. C. SCHROEDER Co., INC. *v.* CLIFTON ET AL. October 14, 1946. 328 U. S. 858.

No. 1201, October Term, 1945. UNITED STATES EX REL. KARPATHIOU *v.* JORDAN, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. October 14, 1946. 328 U. S. 868.

No. 1220, October Term, 1945. PHILLIPS ET AL. *v.* BALTIMORE & OHIO RAILROAD Co. October 14, 1946. 328 U. S. 871.